IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| YVETTE AGUILAR, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 2:21-CV-105 |
| | § | |
| CITY OF CORPUS CHRISTI, | § | JURY DEMANDED |
| *Defendant.* | § | |

### PLAINTIFF'S NOTICE OF NONSUIT WITHOUT PREJUDICE

Plaintiff Yvette Aguilar hereby notifies the Court that this cause shall be, and the same hereby is, NONSUITED and DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to any and all claims that were or could have been asserted herein against Defendant, and with each party to bear her/its own costs.  This notice is effective upon filing and dismisses the pending lawsuit.

Respectfully Submitted,



_____
Alfonso Kennard, Jr.
Texas Bar No. 24036888
5120 Woodway Dr., Suite 10010
Houston, TX 77056
Main: 713-742-0900
Fax: 832-558-9412
**ATTORNEY FOR PLAINTIFF
YVETTE AGUILAR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy has been served upon all parties of record *via* CM/ECF filing on July 22, 2021.

_____